UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SORRELL CARR,

        Plaintiff,

v.                                        Civil Action No.3:11cv284(REP)

WILLIAMS & FUDGE, INC.,

        Defendant.

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by counsel, requests a dismissal of this action with prejudice and that all of the matters in controversy have been completely and definitively resolved between Plaintiff and Williams & Fudge, Inc.

        /s/ John Cole Gayle, Jr.
           Counsel
        By: John Cole Gayle, Jr.
        VSB No. 018833
        The Consumer Law Group, P.C.
        5905 West Broad Street, Suite 303
        Richmond, Virginia 23230
        (804) 282-7900
        (804) 673-0316 fax
        jgayle@theconsumerlawgroup.com